IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA ARTIAGA | ) | Case No. 4:06cv 03203 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| PEOPLE'S HEALTH CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by and between the parties hereto and their respective counsel that the Plaintiff hereby dismisses her Complaint and any and all claims set forth therein with prejudice, each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff and Defendant jointly prays for an order of this Court dismissing this action with prejudice.

DATED: May 30, 2007

MARIA ARTIAGA, Plaintiff                    PEOPLE'S HEALTH CENTER, Defendant

By:   s/s Jeff Kirkpatrick                      By:   s/s Mark A. Fahleson
      Jeff Kirkpatrick (#21280)                        Mark A. Fahleson (#19807)
      MCHENRY HASZARD HANSEN                           REMBOLT LUDTKE LLP
        ROTH & HUPP                                    1201 Lincoln Mall, Ste. 102
      121 S. 13th St., #702                            Lincoln, NE 68508
      (402) 475-2200                                   (402) 475-5100
      (402) 476-2301                                   (402) 475-5087 - FAX
      Jkirkpatrick@mchenrylaw.com                      mfahleson@remboltludtke.com
      Attorneys for Plaintiff                          Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA ARTIAGA | ) | Case No. 4:06cv 03203 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ON** |
| | ) | **JOINT STIPULATION** |
| PEOPLE'S HEALTH CENTER, | ) | **FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, grants said dismissal.

IT IS THEREFORE ORDERED, that the Plaintiff's Complaint is dismissed with prejudice, each party to bear its own costs and expenses, complete record waived.

DATED: _____, 2007.

By the Court:

_____
The Honorable Richard G. Kopf

G:\WDOX\clients\29832\004\00134984.WPD