THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA ARTIAGA, ) | 4:06CV3203 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| PEOPLE'S HEALTH CENTER, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 40) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed with prejudice, complete record waived, and each party to bear its or their own costs and attorneys' fees.

June 4, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge